IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: October 18, 1999

AQUA DESIGN OF PUERTO RICO

    Plaintiffs

vs.                         CIVIL NO. 96-2657 (SEC)

PUERTO RICO AQUEDUCT AND
SEWER AUTHORITY, et al

    Defendants

*******************************

    By order of the Court, a **Status Conference** with the Special Master is hereby set for **October 27, 1999 at 2:00 p.m.**

Kim Flores
Courtroom Deputy Clerk

s/c Antonio Vergne Mirabal
    John García
    Reynaldo Quiñones

