IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Acqua Design of Puerto Rico
Plaintiff(s)

v.

Puerto Rico Aqueduct and Sewer Authority, et. al.
Defendant(s)

Civil No. 96-2657 (SEC)

RECEIVED & FILED
99 DEC -2 AM 9:29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 11/23/99   DOCKET #: 74   TITLE: Informative Motion from the Special Master

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)   * Special Master

DISPOSITION:

[X] GRANTED              [ ] DENIED

[ ] NOTED                [ ] MOOT

## COMMENTS

The invoice submitted is approved by the Court and the parties are ordered to pay each $2,061.12 to the Special Master Reynaldo Quiñones, CPA, Esq.

30 NOV 99
DATE

SALVADOR E. CASELLAS
United States District Judge

/75/