IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: February 7, 2000

AQUA DESIGN OF PUERTO RICO     \*
    \*
    Plaintiffs     \*
    \*
vs.     \*     CIVIL NO. 96-2657 (SEC)
    \*
PUERTO RICO AQUEDUCT AND     \*
SEWER AUTHORITY, et al     \*
    \*
    Defendants     \*
    \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

      By order of the Court, a **Settlement Conference** with the Special Master is hereby set for **March 6, 2000 at 2:00 p.m. This proceeding will be held before Honorable Salvador E. Casellas.**

                                   Kim Flores
                                   Courtroom Deputy Clerk

s/c Antonio Vergne Mirabal
     John García
     José R. Gaztambide
     Reynaldo Quiñones
     Special Master

