IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: February 24, 2000

AQUA DESIGN OF PUERTO RICO

 Plaintiffs

vs.    CIVIL NO. 96-2657 (SEC)

PUERTO RICO AQUEDUCT AND
SEWER AUTHORITY, et al

 Defendants

  By order of the Court, **Settlement Conference** with the Special Master is hereby reset from **March 6, 2000 at** to **March 13, 200 at 2:00 p.m.** This proceeding will be held before Honorable Salvador E. Casellas.

Kim Flores
Courtroom Deputy Clerk

s/c Antonio Vergne Mirabal
 John García
 José R. Gaztambide
/Reynaldo Quiñones