```
        IN THE UNITED STATES DISTRICT
       FOR THE DISTRICT OF PUERTO RICO
```

**MINUTES OF SETTING**

Date: March 15, 2000

| | |
|---|---|
| AQUA DESIGN OF PUERTO RICO | |
| Plaintiffs | |
| vs. | CIVIL NO. 96-2657 (SEC) |
| PUERTO RICO AQUEDUCT AND SEWER AUTHORITY, et al | |
| Defendants | |

By order of the Court, **Settlement Conference** with the Special Master set for **March 13, 2000 is hereby reset for March 20, 2000 at 2:00 p.m. This proceeding will be held before Honorable Salvador E. Casellas.**

Kim Flores
Courtroom Deputy Clerk

s/c Antonio Vergne Mirabal
    John García
    José R. Gaztambide
    Reynaldo Quiñones

