IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF SETTING

Date: March 21, 2000

| | | |
|---|---|---|
| AQUA DESIGN OF PUERTO RICO | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| vs. | * | CIVIL NO. 96-2657 (SEC) |
| | * | |
| PUERTO RICO AQUEDUCT AND | * | |
| SEWER AUTHORITY, et al | * | |
| | * | |
| Defendants | * | |
| | * | |

*******************************

By order of the Court, **Settlement Conference** with the Special Master set for **March 20, 2000 is hereby reset for March 30, 2000 at 10:30 a.m.  This proceeding will be held before Honorable Salvador E. Casellas.**

Kim Flores
Courtroom Deputy Clerk

s/c Antonio Vergne Mirabal
    John García
    José R. Gaztambide
    Reynaldo Quiñones

