UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
00 MAY 16 PM 3:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

AQUA DESIGN OF PUERTO RICO
   Plaintiff
         v.                  Civil No. 96-2657(SEC)
PUERTO RICO AQUEDUCT AND
SEWER AUTHORITY, et. al.
   Defendants

## ORDER

| MOTION | RULING |
| --- | --- |
| Docket #84<br>Motion for Extension of Time to Provide Information to Special Master | Granted. However, no further extensions will be granted. If the documents are not submitted to the Special Master by **May 12, 2000**, the Special Master shall render his report on the basis of the documents already submitted, and Defendants will be waiving the pursuit of any later claim based on the missing documents. The Special Master is granted an extension until **May 19, 2000** to file his final report with the Court. The parties have until **May 29, 2000** to file any objections. **The Settlement Conference with the Special Master remains in effect as scheduled for May 31, 2000 at 2:00 p.m.** |

DATE: May 15, 2000

SALVADOR E. CASELLAS
United States District Judge