UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AQUA DESIGN OF PUERTO RICO
   Plaintiff

      v.                     Civil No. 96-2657(SEC)

P.R.A.S.A.
   Defendant



## ORDER

| MOTION | RULING |
|---|---|
| Docket #92<br>Motion for Extension of Time | Granted, until July 21, 2000. |
| Docket #93<br>Motion for Withdrawal of Legal Representation | Granted. |

DATE: July 11, 2000

SALVADOR E. CASELLAS
United States District Judge


