IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Acqua Design of Puerto Rico
_____Plaintiff(s)_____

v.

P.R.A.S.A., et. al.
_____Defendant(s)_____

Civil No. 96-2657 (SEC)

RECEIVED & FILED
00 JUL 31 AM 8:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### DESCRIPTION OF MOTION

DATE FILED: 7/19/00   DOCKET #: 96   TITLE: Motion for further extension

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[X] Defendant(s)   [ ] Joint

DISPOSITION:

[X] GRANTED          [ ] DENIED

[ ] NOTED            [ ] MOOT

### COMMENTS

Until July 28th, 2000.

27 VII 00
DATE

SALVADOR E. CASELLAS
United States District Judge

