UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                DATE: September 14, 2000

AQUA DESIGN OF PUERTO RICO   *
                             *
                             *
        Plaintiff            *
                             *
                             *
vs.                          *    CRIM NO.  96-2657 (SEC)
                             *
                             *
PUERTO RICO AQUEDUCT AND SEWER*
AUTHORITTY, et al            *
                             *
                             *
        Defendants           *

By Order of the Court, a **Status Conference with the Special Master is hereby set for September 20, 2000 at 2:00 p.m.**

_____
COURTROOM DEPUTY CLERK

s/c   Reynaldo Quiñonez, Special Master