UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                    DATE: September 15, 2000


AQUA DESIGN OF PUERTO RICO     *
                               *
                               *
          Plaintiff            *
                               *
                               *
vs.                            *        CRIM NO.  96-2657 (SEC)
                               *
                               *
PUERTO RICO AQUEDUCT AND SEWER *
AUTHORITTY, et al              *
                               *
                               *
          Defendants           *
_____


By Order of the Court, a **Status Conference with the Special Master set for September 20, 2000 is hereby reset for September 21, 2000 at 5:00 p.m.**


_____
  COURTROOM DEPUTY CLERK


s/c  Reynaldo Quiñones, Special Master

Notified by phone

