UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

CIVIL CASE NO: **96-2657(SEC)**                    DATE: September 21, 2000.

| | |
|---|---|
| AQUA DESIGN OF PUERTO RICO | **Special Master:** Reynaldo Quiñones, Esq., C.P.A. |
| Plaintiff | |
| | **Attorneys:** |
| v. | Antonio Vergne-Mirabal |
| | |
| PUERTO RICO AQUEDUCT & SEWER AUTHORITY, et. al. | John García-Nokonechna José R. Gaztambide-Aneses Juan García Chamorro |
| Defendants | |

### THIRD SETTLEMENT CONFERENCE

A Third Settlement Conference was **held** in Chambers today with counsel for the Plaintiff and the Defendants present. Also present was the Court Appointed Special Master, Reynaldo Quiñones, Esq., C.P.A.

The Court reviewed the status of the case with counsel after holding several settlement and status conferences with the assistance of the Special Master. In addition, the Court made reference to two motions filed by the Plaintiff objecting to the Special Master's report; whereby the Plaintiff intended to reopen several issues that were addressed and disposed of by the Court in prior settlement conferences. The Court stressed that those issues would not be reopened for settlement purposes, and indicated that if the Plaintiff persists in that conduct the case will be referred for trial.

Afterwards, counsel for the Plaintiff made an offer for settlement and the parties started to negotiate an amount. Counsel agreed to recommend to their respective clients a settlement amount of $145,000.00, with each party to bear their own costs and attorneys' fees. The Court gave the parties have **until September 29, 2000 to file for voluntary dismissal**, providing that it will retain jurisdiction to enforce settlement, and to reopen the case if settlement is not finally approved.

SALVADOR E. CASELLAS
U.S. District Judge