IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AQUA DESIGN OF PUERTO RICO, a
California Partnership

    Plaintiff

v.

PUERTO RICO AQUEDUCT AND
SEWER AUTHORITY, et. al.

    Defendants

Civil No. 96-2657(SEC)

## JUDGMENT

The Court is hereby entering judgment pursuant to an agreement reached by the parties during the Third Settlement Conference and pursuant to Plaintiffs' "Notice of Voluntary Dismissal". (Dockets #101, 102). Accordingly, **JUDGMENT IS ENTERED** dismissing this case **WITHOUT PREJUDICE**. The parties shall file **within thirty days from this Order** an Informative Motion and a copy of their Settlement Agreement. In addition, the Court retains jurisdiction to enforce settlement and to reopen the case if the settlement agreement is not finalized.

**SO ORDERED.**

In San Juan, Puerto Rico, this 29 of September, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)