UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



AQUA DESIGN OF PUERTO RICO,
et. al.
    Plaintiffs

       v.          Civil No. 96-2657(SEC)

PUERTO RICO AQUEDUCT AND
SEWER AUTHORITY, et. al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #104**<br>**Motion Requesting Reopening of Case** | **Denied.** Pursuant to Defendant's request, **(Docket #105)**, PRASA is **granted** an extension of time **until December 15, 2000** to inform the Court of its Board of Directors' decision approving or rejecting the settlement. |

DATE: November 21, 2000

SALVADOR E. CASELLAS
United States District Judge


