UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AQUA DESIGN OF PUERTO RICO
    Plaintiff
            v.                   Civil No. 96-2657(SEC)
PUERTO RICO ACQUEDUCT AND
SEWER AUTHORITY, et. al.
    Defendants

## ORDER

| MOTION | RULING |
| --- | --- |
| Docket #107<br>Motion Submitting Final Invoice<br>From Special Master | Granted. |

DATE:  December 7, 2000

                                     SALVADOR E. CASELLAS
                                     United States District Judge

