UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AQUA DESIGN OF PUERTO RICO
    Plaintiff
        v.                Civil No. 96-2657(SEC)
PUERTO RICO AQUEDUCT AND
SEWER AUTHORITY
    Defendant

ORDER

| MOTION | RULING |
|---|---|
| **Docket #107** <br> **Motion Submitting Final Invoice from Special Master** | **Granted.** The parties are hereby **ORDERED** to pay the amounts invoiced by December 28, 2000. |

DATE: December *13*, 2000

SALVADOR E. CASELLAS
United States District Judge

