**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

*Aqua Design of Puerto Rico*
Plaintiff(s)

Civil No. *96-2657* (SEC)

v.

*Puerto Rico Aqueduct and Sewer Authority*
Defendant(s)

| DESCRIPTION OF MOTION |
|---|

DATE FILED: *12/18*    DOCKET #: *110*    TITLE: *Informative Motion*

[ ] Plaintiff(s)    [ ] Third Party Defendant(s)

[X] Defendant(s)    [ ] Joint

DISPOSITION:

[X] GRANTED                    [ ] DENIED

[ ] NOTED                      [ ] MOOT

| COMMENTS |
|---|

*Until December 22nd, 2000 -*

*21 XII 00*
DATE

SALVADOR E. CASELLAS
United States District Judge