IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AQUA DESIGN OF PUERTO RICO     \*
                                                  \*

       Plaintiffs                     \*
                                                  \*    Civil No. 96-2657(SEC)
          v.                           \*
                                                 \*

PUERTO RICO AQUEDUCT AND     \*
SEWER AUTHORITY, et. al.            \*
                                                 \*

       Defendants                   \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**AMENDED JUDGMENT**

On September 29, 2000, the Court entered a Judgment dismissing this case without prejudice pursuant to a settlement reached by the parties and Plaintiff's "Notice of Voluntary Dismissal." (Docket # 103). On January 17, 2001, the parties filed a signed settlement agreement waiving any and all claims against each other in connection with this litigation, therefore the Judgment of September 29, 2000 is now amended to **DISMISS WITH PREJUDICE**.

**SO ORDERED.**

In San Juan, Puerto Rico, this _17_ day of January, 2001.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)