# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Aqua Design of Puerto Rico

Plaintiff(s)

v.

Puerto Rico Aqueduct and Sewer Authority

Defendant(s)

Civil No. 96-2657 (SEC)

RECEIVED & FILED
01 FEB -9 AM 7:05

## DESCRIPTION OF MOTION

DATE FILED: 1/31/01   DOCKET #: 115   TITLE: Motion Requesting Order for Payment of Professional Fees

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)   [ ] Joint   [X] Special Master

## DISPOSITION:

[X] GRANTED         [ ] DENIED

[ ] NOTED           [ ] MOOT

## COMMENTS

Failure to comply with this order may result in the imposition of sanctions.

8-II-01
DATE

SALVADOR E. CASELLAS
United States District Judge

116