# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Aqua Design of Puerto Rico
Plaintiff(s)

Civil No. 96-2657 (SEC)

v.

Puerto Rico Aqueduct and Sewer Authority, et al.
Defendant(s)

RECEIVED & FILED
01 APR -6 AM 6:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## DESCRIPTION OF MOTION

DATE FILED: 3/23/01   DOCKET #: 120   TITLE: Motion for Withdrawal of Legal Representation

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)
[X] Defendant(s)   [ ] Joint

### DISPOSITION:

[X] GRANTED        [ ] DENIED
[ ] NOTED          [ ] MOOT

### COMMENTS

_____
30 III 01
DATE

_____
SALVADOR E. CASELLAS
United States District Judge

121