IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

_Aqua Designed of Puerto Rico_
Plaintiff(s)

Civil No. 96-2657 (SEC)

v.

_Puerto Rico Aqueduct and Sewer Authority, et. al._
Defendant(s)

## DESCRIPTION OF MOTION

DATE FILED: 3/23/01  DOCKET #: 120  TITLE: Motion for Withdrawal of Legal Representation

[ ] Plaintiff(s)    [ ] Third Party Defendant(s)

[X] Defendant(s)    [ ] Joint

DISPOSITION:

[X] GRANTED          [ ] DENIED

[ ] NOTED            [ ] MOOT

## COMMENTS

_____

18-IV-01
DATE

SALVADOR E. CASELLAS
United States District Judge